1  Ira Spiro, SBN 67641
   ira@spiromoss.com
2  J. Mark Moore, SBN 180473
   mark@spiromoss.com
3  **Spiro Moss Barness LLP**
   11377 W. Olympic Blvd., Fifth Floor
4  Los Angeles, CA 90064
   Telephone: (310) 235-2468
5  Facsimile (310) 235-2456

6  Attorneys for Plaintiff Jennifer Lopez,
   individually and on behalf of all others
7  similarly situated

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | JENNIFER LOPEZ, individually and on behalf of all others similarly situated, | CASE NO. 3:07-CV-00087 SI |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | (Consolidated with Case No. 3:07-CV-00739-SI and Related to Case No. 4:07-CV-02270-SI) |
| THE GYMBOREE CORPORATION and DOES 1-10, | **REQUEST FOR TELEPHONIC APPEARANCE** |
| Defendants. | Judge: Hon. Susan Illston |

**REQUEST FOR TELEPHONIC APPEARANCE**

3:07-CV-00087 SI

| | |
|---|---|
| 1 | Pursuant to Local Rule 16-10(a), the following counsel requests to appear by telephone at the |
| 2 | initial Case Management Conference in Case No. CV-07-00087 and CV-07-00739 scheduled for June |
| 3 | 29, 2007 at 2:00 p.m. in Courtroom 10, 19th floor. |
| 4 | J. Mark Moore, counsel for Plaintiff Jennifer Lopez. |
| 5 | Phone number: 310-235-2468; fax number: 310-235-2456. |
| 6 | All parties have been noticed accordingly. |

Dated: June 20, 2007

SPIRO MOSS BARNESS LLP

*/s/ J. Mark Moore*

J. Mark Moore
Attorneys for plaintiff
JENNIFER LOPEZ



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**REQUEST FOR TELEPHONIC APPEARANCE**
1
3:07-CV-00087 SI