Eric A. Grover, Esq. (CSB# 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel. (415) 543-1305
Fax (415) 543-7681
eagrover@kellergrover.com

Mark R. Thierman, Esq. (CSB# 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
laborlawyer@pacbell.net

Scott A. Miller, Esq. (CSB# 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081
millaw@sbcglobal.net

Steven L. Miller, Esq. (CSB# 106023)
**STEVEN L. MILLER, PLC**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900
stevenlmiller@sbcglobal.net
Attorneys for Plaintiff in Related Case
DANA MITCHELL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, on behalf of herself and all others similarly situated, | ) Case No.: CV 07-00087SI |
| | ) |
| | ) **CLASS ACTION** |
| Plaintiff, | ) |
| | ) **REQUEST FOR TELEPHONIC** |
| v. | ) **APPEARANCE** |
| | ) |
| THE GYMBOREE CORP., a Delaware Corporation, | ) Date: June 29, 2007 |
| | ) Time: 2:00 p.m. |
| | ) Location: Courtroom 10, 19th Floor |
| Defendant. | ) Judge: Hon. Susan Illston |
| | ) |
| | ) |

1        Pursuant to Local Rule 16-10(a), the following counsel requests to appear by

2    telephone at the initial Case Management Conference in Case Nos. CV 07-00087 and

3    CV 07-00739 scheduled for June 29, 2007, at 2:00 p.m. in Courtroom 10, 19th Floor:

4            Eric A. Grover, counsel for Plaintiff Dana Mitchell

5            Phone Number:  (415) 543-1305

6            Fax Number:  (415) 543-7861

7        All parties have been noticed accordingly.

8    DATED:  June 21, 2007           KELLER GROVER LLP

9

10                       By:  _____/s/_____
                            Eric A. Grover

11                       Attorneys for Dana Mitchell

12

13

14

15

16             UNITED STATES DISTRICT COURT

17             IT IS SO ORDERED

18             Judge Susan Illston

19

20

21             NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28

REQUEST FOR TELEPHONIC APPEARANCE          CV 07-00087SI