Ira Spiro, SBN 67641
ira@spiromoss.com
J. Mark Moore, SBN 180473
mark@spiromoss.com
**Spiro Moss Barness LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Jennifer Lopez,
individually and on behalf of all others
similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER LOPEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE GYMBOREE CORPORATION and DOES 1-10, <br><br> Defendants. | CASE NO. 3:07-CV-00087 SI <br><br> <u>CLASS ACTION</u> <br><br> (Consolidated with Case No. 3:07-CV-00739-SI and Related to Case No. 4:07-CV-02270-SI) <br><br> **[PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE** <br><br> Judge: Hon. Susan Illston |

1 **ORDER**

2  Plaintiff counsel's request for telephonic appearance is hereby GRANTED.

3 IT IS SO ORDERED.

4  _____
Judge Susan Illston

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28