1  IRA SPIRO (67641)
   ira@spiromoss.com
2  J. MARK MOORE (180473)
   mark@spiromoss.com
3  SPIROMOSSBARNESS LLP
   11377 W. Olympic Blvd., Fifth Floor
4  Los Angeles, CA 90064
   Telephone:  (310) 235-2468
5  Facsimile:  (310) 235-2456

6  Eric Grover (136080)
   eagrover@kellergrover.com
7  KELLER GROVER LLP
   425 Second Street, Ste. 500
8  San Francisco, CA 94107
   Telephone:  (415) 543-1305
9  Facsimile:  (415)543-7861

10 STEPHEN R. BASSER (121590)
   sbasser@barrack.com
11 JOHN L. HAEUSSLER (215044)
   jhaeussler@barrack.com
12 BARRACK, RODOS & BACINE
   402 West Broadway, Suite 850
13 San Diego, CA  92101
   Telephone:  (619) 230-0800
14 Facsimile:  (619) 230-1874

15 Attorneys for Plaintiffs Jennifer Lopez,
   Dana Mitchell and Lauren Miller,
16 individually and on behalf of all others
   similarly situated

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20
   JENNIFER LOPEZ, DANA MITCHELL          )   Case No.: 3:07-cv-00087-SI
21 and LAUREN MILLER, each individually   )
   and on behalf of all others similarly  )   (Consolidated with Case Nos.
22 situated,                              )   07-cv-2270 SI and 07-cv-0739 SI)
                                          )
23             Plaintiffs,                )   STIPULATION AND [PROPOSED]
                                          )   ORDER RE CLASS CERTIFICATION
24       vs.                             )   BRIEFING SCHEDULE
                                          )
25 THE GYMBOREE CORPORATION and          )
   DOES 1-10                             )
26                                        )
              Defendant.                  )
27 _____ )

28

The parties hereby, through their respective attorneys of record, stipulate as follows and request the Court to enter an order adjusting the current class certification briefing schedule:

Whereas this Court previously issued an order making Plaintiffs' motion for class certification due on September 28, 2007, and scheduled a hearing on that motion for November 2, 2007;

Whereas, the parties agree that an extension of the class certification briefing schedule is needed to accommodate discovery related to class certification including review of documents and possible depositions;

IT IS HEREBY STIPULATED BY THE PARTIES:

a. Plaintiffs' Motion for Class Certification shall be filed on or before October 30, 2007;

b. Defendant's Opposition will be filed on or before November 13, 2007;

c. Plaintiffs shall file their response to Defendant's Opposition on or before November 20, 2007;

d. A hearing on Plaintiffs' Motion for Class Certification will be held on December 7, 2007, at 10:00 a.m.

SPIROMOSSBARNESS LLP
IRA SPIRO
J. MARK MOORE

_____/s/ J. Mark Moore_____
J. MARK MOORE

11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

KELLER GROVER LLP
ERIC GROVER
DENISE DIAZ
425 Second Street, Ste. 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415)543-7861

1

1
BARRACK, RODOS & BACINE
STEPHEN R. BASSER

2
JOHN L. HAEUSSLER
402 West Broadway, Suite 850

3
San Diego, CA 92101
Telephone: (619) 230-0800

4
Facsimile: (619) 230-1874

5
BARRACK, RODOS & BACINE
DANIEL E. BACINE

6
JEFFREY GITTLEMAN
LISA M. LAMB

7
3300 Two Commerce Square
2001 Market Street

8
Philadelphia, PA 19103
Telephone: (215) 963-0600

9
Facsimile: (215) 963-0838

10
Attorneys for Plaintiffs

11
SHEPPARD MULLIN
CRAIG CARDON

12
BRIAN ANDERSON

13
                                    /s/ Craig Cardon

14
                            CRAIG CARDON

15
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

16
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

17
GORDON & REES LLP

18
RICHARD P. SYBERT
101 West Broadway, Suite 1600

19
San Diego, CA 92101
Telephone: (619) 696-6700

20
Facsimile: (619) 696-7124

21
GORDON & REES LLP
AARON P. RUDIN

22
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

23
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

24
GORDON & REES LLP

25
DION N. COMINOS
275 Battery Street, Suite 2000

26
San Francisco, CA 94111
Telephone: (415) 986-5900

27
Facsimile: (415) 986-8054

28
Counsel for Defendant Gymboree Corporation

2

STIP. & [PROP.] ORDER RE CLASS CERT BRIEFING SCHEDULE
Case No.: 3:07-cv-00087-SI

I, John L. Haeussler, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order re: Class Certification Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that J. Mark Moore and Craig Cardon have concurred in this filing.


DATED: September 27, 2007                    ____/s/ John L. Haeussler____
                                                  JOHN L. HAEUSSLER

1                                    *   *   *

2                                    **ORDER**

3          **AND NOW,** upon consideration of the foregoing Stipulation of the parties and good

4    cause appearing,

5          **IT IS SO ORDERED**.

6    DATED: _____                _____

7                                      UNITED STATES DISTRICT COURT JUDGE

8

9          The case management conference shall be continued to 12/7/07 @ 2:30 p.m.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           4

**CERTIFICATE OF SERVICE**

*Lopez v. The Gymboree Corp.*
Case No. : 3:07-cv-00087-SI

  I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on September 27, 2007, I served a true copy of the attached:

  **STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING SCHEDULE**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY PERSONAL SERVICE/HAND DELIVERY:**

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of September, 2007.

_____
CINDY ORIHUELA

**GYMBOREE CORPORATION**
**SERVICE LIST**

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ**

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

**COUNSEL FOR PLAINTIFF DANA MITCHELL**

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
Denise Diaz (ddiaz@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman (laborlawyer@pacbell.net)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500

**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION**

P. Craig Cardon (ccardon@sheppardmullin.com)
Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100

Richard P. Sybert (rsybert@gordonrees.com)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700

Aaron P. Rudin (rudin@gordonrees.com)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 680-4470

Dion N. Cominos (dcominos@gordonrees.com)
GORDON & REES LLP
275 Batter Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900