1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    JENNIFER LOPEZ, individually and on behalf        No. C 07-0087 SI
     of all others similarly situated,                 Member Case No. 07-739 SI
9                                                       Related Case No. 07-2270 SI
                  Plaintiff,
10
        v.                                              **ORDER GRANTING PLAINTIFFS'**
11                                                      **MOTION FOR STAY**
     THE GYMBOREE CORPORATION and DOES
12   1-10,

13                Defendants.
                                                    /
14

15          Plaintiffs' motion for stay is scheduled for a hearing on November 2, 2007.  Pursuant to Civil

16   Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral

17   argument, and VACATES the hearing.

18          Plaintiffs seek a stay of this action pending the Ninth Circuit's resolution of *Soualian v.*

19   *International Coffee & Tea, LLC*.  As the parties are aware, the Ninth Circuit has agreed to review the

20   denial of class certification in *Soualian*, a FACTA case similar to the instant consolidated cases.

21   Plaintiffs argue that a stay is in the interest of judicial economy and will avoid hardship to the parties

22   because *Soualian* will provide guidance regarding the propriety of class certification in this case.

23   Defendant opposes a stay, and accuses plaintiffs' counsel of engaging in gamemanship by waiting until

24   the eve of the class certification filing deadline to request a stay.  Defendant also argues that the Ninth

25   Circuit's decision will not necessarily be "determinative" of class certification issues in this case, and

26   that defendant will be prejudiced by a stay because it has expended considerable resources preparing

27   to oppose plaintiffs' upcoming class certification motion.

28          The decision whether to stay proceedings is committed to the discretion of the Court.  *See Rohan*

**United States District Court**
For the Northern District of California

*ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003).  The Court finds that it is in the interest of judicial economy to stay this case pending the decision in *Soualian.*  The Court agrees with plaintiffs that the Ninth Circuit's decision is likely to illuminate the issues surrounding class certification in these consolidated cases, and that it will aid both the Court and the parties to be informed by the Ninth Circuit's reasoning.  The Court is not persuaded by defendant's argument that it is preferable to adjudicate plaintiffs' motion for class certification prior to the Ninth Circuit's decision in *Soualian*.

Accordingly, the Court GRANTS plaintiffs' motion for stay and STAYS this action until the Ninth Circuit issues a decision in *Soualian*.  (Docket No. 69).  After the Ninth Circuit issues a decision in *Soualian*, the Court will hold a case management conference to discuss resuming litigation in these cases.

**IT IS SO ORDERED.**

Dated: November 1, 2007

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

2