J. Mark Moore, SBN 180473
mark@spiromoss.com
**Spiro Moss Barness LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile (310) 235-2456

Attorneys for Plaintiff Jennifer Lopez

[Additional Counsel Listed on Following Page]

P. Craig Cardon
Brian R. Blackman
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Tel: (415) 434-9100
Fax: (415) 434-3947
ccardon@sheppardmullin.com
bblackman@sheppardmullin.com

Attorneys for Defendant The Gymboree Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, DANA MITCHELL and LAUREN MILLER, each individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE GYMBOREE CORPORATION and DOES 1-10,<br><br>        Defendants. | CASE NO. 07-0087 SI<br>         07-0739 SI<br>         07-2270 SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF PLAINTIFFS' CASES WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii)] |

1

**STIP RE DISMISSAL**

1   Eric Grover, SBN 136080
    eagrover@kellergrover.com
2   **Keller Grover LLP**
    425 Second Street, Ste. 500
3   San Francisco, CA 94107
    Telephone: (415) 543-1305
4   Facsimile: (415) 543-7861

5   Attorneys for Plaintiff Dana Mitchell

6   Stephen R. Basser, SBN 121590
    sbasser@barrack.com
7   John L. Haeussler, SBN 215044
    jhaeussler@barrack.com
8   **Barrack, Rodos & Bacine**
    402 West Broadway, Suite 850
9   San Diego, CA 92101
    Telephone: (619) 230-0800
10  Facsimile: (619) 230-1874

11  Attorneys for Plaintiff Lauren Miller

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       WHEREAS, no class has been certified;

2       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jennifer Lopez,

3 Dana Mitchell and Lauren Miller ("Plaintiffs") and Defendant The Gymboree Corporation

4 ("Defendant"), by and through their respective attorneys of record, that all of the claims in the

5 above-entitled consolidated litigation, and each of the individual actions, are hereby dismissed with

6 prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7       IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys'

8 fees and costs incurred in connection with this action.

9       There being no certified class, court approval for this dismissal is not required pursuant to

10 Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

11

12 Dated: July 24, 2008        /s/ J. Mark Moore
                    J. Mark Moore
13                   SPIRO MOSS BARNESS LLP
                   Attorneys for Plaintiff Jennifer Lopez

14

15                   /s/ Eric A. Grover
16                   Eric A. Grover
                   Denise Diaz
17                   KELLER GROVER LLP
                   Attorneys for Plaintiff Dana Mitchell

18

19                   /s/ John L. Haeussler
20                   Stephen R. Basser
                   John L. Haeussler
21                   BARRACK, RODOS & BACINE
                   Attorneys for Plaintiff Lauren Miller

22

23 Dated: July 24, 2008        /s/ Brian R. Blackman
24                   R. Craig Cardon
                   Brian R. Blackman
25                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
26                   Attorneys for Defendant The Gymboree Corporation

27

28

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Susan Illston

Judge Susan Illston

NORTHERN DISTRICT OF CALIFORNIA

3

STIP RE DISMISSAL

**CERTIFICATION**

     I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation Re Voluntary Dismissal of Plaintiffs' Cases With Prejudice. In compliance with General Order 45.X.B., I hereby attest that Mark Moore, Eric Grover and John Haeussler concur with this filing.

DATED: July 24, 2008

                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By                /s/Brian Blackman
                       P. CRAIG CARDON
                       BRIAN R. BLACKMAN
                       BRIAN D. ANDERSON
                       Attorneys for
                       THE GYMBOREE CORPORATION